

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00124-CR
_____

WILLIAM DALE CULPEPPER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 76th Judicial District Court
Camp County, Texas
Trial Court No. CF-05-086

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

William Dale Culpepper appeals from the denial of his Motion for Forensic DNA Testing. The order denying his motion was signed July 9, 2012; his notice of appeal was filed June 25, 2012; the clerk's record was filed August 10, 2012; and a supplemental clerk's record was filed August 29, 2012. Appellant's brief was originally due September 28, 2012. On October 19, 2012, we sent Culpepper a letter informing him that his brief was late and extending the filing deadline to November 5, 2012. We also warned Culpepper that, if we did not receive the brief, we would conclude that he no longer wished to pursue the appeal and would dismiss it for want of prosecution. Culpepper has not filed his brief.

Pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c); *see Rodriguez v. State*, 970 S.W.2d 133 (Tex. App.—Amarillo 1998, pet. ref'd).


                                        Josh R. Morriss, III
                                        Chief Justice


Date Submitted:    November 26, 2012
Date Decided:      November 27, 2012

Do Not Publish